THOMAS HOME CORPORATION,
Plaintiff–Counter–Defendant–
Appellant,

v.

REVE DEVELOPMENT CORPORA-
TION, Raymond A. Noel, Defendants–
Counter–Claimants–Appellees,

David L. Jones, II, et al., Defendants–
Cross–Claimants.

No. 07–12843.

United States Court of Appeals,
Eleventh Circuit.

June 3, 2008.

Frank Robert Jakes, Zachary David
Messa, Johnson, Blakely, Pope, Bokor,
Ruppel, et al., Tampa, FL, for Plaintiff–
Counter–Defendant–Appellant.

Robert O. Beasley, Litvak Beasley &
Wilson, LLP, Pensacola, FL, for Defen-
dants–Counter–Claimants–Appellees.

Before EDMONDSON, Chief Judge,
HILL and ALARCÓN,* Circuit Judges.

PER CURIAM:

This appeal follows a nonjury trial in a
case of alleged copyright infringement.
Given that the district court did not clearly
err in finding Defendant's designs were

* Honorable Arthur L. Alarcón, United States
Circuit Judge for the Ninth Circuit, sitting by

independent creations, we see no revers-
ible error and affirm the judgment.

AFFIRMED.